

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed August 16, 2012

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DONENE MICHELLE HIGGINS | § | Case No. 12-40075-13 |
| | § | Chapter 13 |
| Debtors | § | |

### ORDER GRANTING MOTION TO ALLOW LATE FILED CLAIM

CAME ON BEFORE THE COURT the Motion to Allow Late Filed Claim filed by Debtor on behalf of Ocwen Loan Servicing. No objection was filed in response to the Motion and Motion is unopposed. Thus, the Court finds that the Motion should be GRANTED..   It is, therefore,

ORDERED that the proof of Claim filed on behalf of Ocwen Loan Servicing (Claim No. 6) is hereby ALLOWED. .

***END OF ORDER***